UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
Nov 08 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ STN  DEPUTY

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARMANDO ESCARCEGA VALDEZ,<br><br>　　　　Defendant. | Case No. '23 CR2330 JES<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1546(a) – Fraud and Misuse of Visas, Permits and Other Documents |

The grand jury charges:

On or about January 4, 2023, within the Southern District of California, defendant ARMANDO ESCARCEGA VALDEZ, an alien, applied for entry into the United States by presenting a document prescribed by statute or regulation for entering the United States, to wit: a B1/B2 visa, knowing it had been procured by means of a false claim and statement and otherwise procured by fraud; all in violation of Title 18, United States Code, Section 1546(a).

DATED: November 8, 2023.

A TRUE BILL:

TARA K. MCGRATH
United States Attorney

By: *[signature]*
MICHAEL A. DESHONG
Assistant U.S. Attorney

MAD:nlv:San Diego:11/8/23